### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SHARON SHAW,** | : |
|     **Plaintiff,** | : |
| **vs.** | : CA 08-0404-CG-C |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of Social Security,** | |
| | : |
|     **Defendant.** | |
| | : |

### JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $1,348.80 under the Equal Access to Justice Act, representing compensation for 8 hours of service by Colin E. Kemmerly, Esquire, at the cost-of-living-adjusted rate of $168.60 an hour, and court costs of $350.00; the total EAJA award due and owing plaintiff is $1,698.80. The filing fee portion of the EAJA award is to be reimbursed from the Judgment Fund administered by the United States Department of Treasury.

    **DONE and ORDERED** this 22nd day of July, 2009.

    /s/ Callie V. S. Granade
    CHIEF UNITED STATES DISTRICT JUDGE